HID 187 (Rev. 02/11) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| LAUREL J. MAU | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MITSUNAGA & ASSOCIATES, INC. | Case Number: 12-00468 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Derrick K. Watson | Carl H. Osaki | Sheri J. Tanaka |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 16, 2014 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Discipline Documents in Peronnel File of Laurel J. Mau ("Mau") (blank) |
| 2 | | | | | Employee Handbook of Mitsunaga & Associates, Inc. ("MAI") |
| 3 | | | | | Letter dated November 2, 2011, from Dennis Mitsunaga to Mau |
| 4 | | | | | Letter dated November 10, 2011, from Mau to Dennis Mitsunaga |
| 5 | | | | | Note by Mau of November 10, 2011, re reason for termination |
| 6 | | | | | Letter dated November 25, 2011, from Sheri Tanaka to Mau |
| 7 | | | | | First version of binder of "side jobs" submitted by MAI to Honolulu Claims Office |
| 8 | | | | | Second version of binder of "side jobs" submitted by MAI to Honolulu Claims Office |
| 9 | | | | | Third version of binder of "side jobs" submitted by MAI to Honolulu Claims Office |
| 10 | | | | | Materials from MAI to Office of the Prosecuting Attorney, City & County of Honolulu |
| 11 | | | | | Exhibit 4 to the Depositin of Terri Otani (taken 3-28-14) in Masui v. Kamaka |
| 12 | | | | | Report by Thomas Ueno, dated June 10, 2013 |
| 13 | | | | | Report by Thomas Ueno, dated May 11, 2012 |
| 14 | | | | | MAI's Response to 1st Request for Answers to Interrogatories, dated June 10, 2013 |
| 15 | | | | | MAI's Response to 2d Request for Answers to Interrogatories, dated January 15, 2014 |
| 16 | | | | | Transcript of Proceedings, January 20, 2012, DLIR, State of Hawaii |
| 17 | | | | | Deposition Transcript, Terri Otani, March 28, 2014 (Masui v. Kamaka) |
| 18 | | | | | Deposition Transcript, Rose Ann Nakamoto, April 18, 2014 |
| 19 | | | | | Deposition Transcript, Edgar Kamaka, April 16, 2014 |
| 20 | | | | | Deposition Transcript, Wayne Ng, April 14, 2014 |
| 21 | | | | | Deposition Transcript, William Wong, April 11, 2014 |
| 22 | | | | | Deposition Transcript, Allen Teshima, April 15, 2015 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

HID 187A (Rev. 3/11)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | Laurel Mau | | vs. | Mitsunaga & Associates, Inc. | CASE NO. 12-00468 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Deposition Transcript, Darrin Sato, April 11, 2014 |
| 24 | | | | | Deposition Transcript, Lynn Taguchi, April 3, 2014 |
| 25 | | | | | Deposition Transcript, Violeta Elefano, April 4, 2014 |

Page _____ of _____ Pages